# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PRAVIN O. DESAI, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **8:06CV779** |
| vs. ) | |
| ) | **ORDER** |
| **US BANK, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on the parties' Joint Motion for Continuance of Deadline to File Rule 26(f) Report [54]. For good cause shown, the court finds that the motion should be granted.

**IT IS ORDERED** that the parties' joint motion [54] is granted. The April 20, 2007 deadline for filing a Rule 26(f) planning report is suspended pending the district court's ruling on defendants dispositive motions. If necessary, a new reporting deadline will be set by further order of the court.

**DATED April 19, 2007.**

> BY THE COURT:
>
> s/ F.A. Gossett
> **United States Magistrate Judge**