IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PRAVIN O. DESAI, KAJAL PROPERTIES, LLC, NPHD, INC., JAYMINE ENTERPRISE, INC., and RAJ HOTELS LIMITED, INC.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**US BANK, US BANCORP, US BANK NATIONAL ASSOCIATION, FIDELITY NATIONAL TITLE INSURANCE COMPANY, FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, FIDELITY NATIONAL TITLE, ASHFORD FINANCIAL GROUP, ASHFORD TRUST FINANCIAL, INC., CLARK NEW JERSEY HOTELS, LP, OMAHA-NEBRASKA HOTELS, LP, ZIONS BANK, ZIONS FIRST NATIONAL BANK, ZIONS BANCORPORATION, and ZIONS SMALL BUSINESS LOAN TRUST,**<br><br>**Defendants.** | CASE NO. 8:06CV779<br><br><br>ORDER |

The matter before the Court is the Plaintiffs' Motion for Extension (Filing No. 60), in which the Plaintiffs seek an extension of fourteen days[1] to file a response to the Defendants Fidelity National Title Insurance Company, Fidelity National Title, and Fidelity National Title Insurance Company of New York's Motion to Dismiss (Filing No. 30).

The Court finds the Plaintiffs' motion should be granted. Accordingly,

---

[1] The Defendants filed their Motion to Dismiss on March 15, 2007. Considering the three-day mailing allowance, the Plaintiffs' response was due on or before Monday, April 9, 2007. The Plaintiffs filed their current motion on April 25, 2007, asking for an additional fourteen days. However, at the time of filing the Motion for Extension, over fourteen days had already expired. Consequently, the Court will interpret the Plaintiffs' motion as a request for an additional fourteen days from the date the Motion for Extension was filed.

IT IS ORDERED:

1. The Plaintiffs' Motion for Extension (Filing No. 60) is granted; and

2. The Plaintiffs' brief in opposition to the Defendants' Motion to Dismiss shall be due on or before May 9, 2007.

DATED this 30th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge