IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PRAVIN O. DESAI; KAJAL PROPERTIES, LLC; NPHD, INC.; JAYMINE ENTERPRISES, INC.; AND RAJ HOTELS LIMITED, INC., <br><br> Plaintiffs, <br> vs. <br><br> US BANK; US BANCORP; US BANK NATIONAL ASSOCIATION; FIDELITY NATIONAL TITLE INSURANCE COMPANY; FIDELITY NATIONAL TITLE; FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK; ASHFORD FINANCIAL GROUP; ASHFORD TRUST FINANCIAL, INC.; CLARK NEW JERSEY HOTELS, LP; OMAHA-NEBRASKA HOTELS, LP; ZIONS BANK; ZIONS FIRST NATIONAL BANK; ZIONS BANCORPORATION; ZIONS SMALL BUSINESS LOAN TRUST, <br><br> Defendants. | CASE: 8:06CV779 <br><br> **ORDER** |

This matter is before the Court on the unopposed motion for an extension of time in which to file a reply brief submitted by of the Defendants, Fidelity National Title, Fidelity National Title Insurance Company, and Fidelity National Title Insurance Company of New York. The Defendants seek an extension to June 4, 2007.

The Court finds the Defendants' motion should be granted. Accordingly,

IT IS ORDERED:

1. The Defendants' Motion for Extension (Filing No. 70) is granted; and

2. The Defendants' reply brief to Plaintiffs' Brief in Opposition to Fidelity's Motion to Dismiss shall be filed on or before June 4, 2007.

Dated this 23rd day of May, 2007.

                                              BY THE COURT:

                                              s/Laurie Smith Camp
                                              United States District Judge